**Order entered November 8, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00682-CV

### SUSAN ANN FISHER, Appellant

### V.

### MEDICAL CENTER OF PLANO, ALIREZA ZAFARMAN ATEF, M.D., SALMAN WAHEED, M.D., RAY J. DELGADILLO, R.T., ANNE W. HANDLEY, R.N., CYNTHIA CARTER, R.N., AND MICHAEL ALLEN, R.T., Appellees

### On Appeal from the 296th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 296-01240-2016

## ORDER
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart

Before the Court is appellant's November 3, 2016 motion requesting that the Court allow her to file a brief without the clerk's record. Based on this Court's opinion of this date, we **DENY** the motion.

/s/    ELIZABETH LANG-MIERS
        JUSTICE